**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: ASBESTOS LITIGATION ) | |
| ) | |
| LOREN D. COAD, and DEBRA COAD, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C. A. No. 1:22-cv-00727-MN-SRF |
| ) | |
| CRANE CO.; et al.; ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that this action be dismissed, without prejudice, as to all Defendants (both those who have already entered their appearance and those who have yet to do so).

| JACOBS & CRUMPLAR, PA | SWARTZ CAMPBELL, LLC. |
|---|---|
| BY: */s/ Raeann Warner* | BY: */s/ Allison L. Texter* |
| Raeann Warner | Allison L. Texter |
| 750 Shipyard Drive | 300 Delaware Avenue |
| Suite 200 | Suite 1410 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Attorney for Plaintiffs | Defense Liaison Counsel |
| DE Bar I.D. No. 4931 | DE Bar I.D. No. 3531 |
| Dated: *April 26, 2023* | Dated: *April 26, 2023* |

SO ORDERED this 27th day of April 2023.

_____
The Honorable Maryellen Noreika
United States District Judge